USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1065

 ROLANDO BELEN,

 Petitioner, Appellant,

 v.

 UNITED STATES,

 Respondent, Appellee.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF NEW HAMPSHIRE

 [Hon. Joseph A. DiClerico, Jr., U.S. District Judge]

 Before

 Torruella, Chief Judge,
 Stahl and Lipez, Circuit Judges.
 
 
 
 
 
 Rolando Belen on brief pro se.
 Paul M. Gagnon, United States Attorney and Peter E. Papps,
Assistant U.S. Attorney, on Motion for Summary Disposition, for
appellee.

November 17, 1999

 
 
 
 Per Curiam. Before us are Mr. Belen's appeal from the
 dismissal as time-barred of his 28 U.S.C. 2255 petition and
 the government's motions for summary disposition and to treat
 its motion as its brief on appeal. We allow the government to
 treat its motion as its brief on appeal.
 The district court held that Mr. Belen's petition was
 untimely because it "was not deposited in the institution's
 internal mail system on or before April 23, 1997, the deadline
 for filing the petition." In Rogers v. United States, 180 F.3d
 349, 355 (1st Cir. 1999), which was decided after the district
 court issued its opinion, we held that the relevant AEDPA
 deadline is April 24, 1997. In Morales-Rivera v. United
 States, 184 F.3d 109 (1st Cir. 1999), another decision issued
 after the district court's opinion, we held: "a pro se
 prisoner's motion under 28 U.S.C. 2255 or 2254 is filed on
 the date that it is deposited in the prison's internal mail-
 system for forwarding to the district court, provided that the
 prisoner utilizes, if available, the prison's system for
 recording legal mail." 
 We vacate the judgment and remand to the district
 court to determine whether Mr. Belen deposited his petition by
 April 24, 1997 in the prison's internal mail-system, utilizing,
 if available, the prison's system for recording legal mail.
 Vacated and remanded. Loc.R. 27.1.